In re:   558/560LLC
             Debtor

# LIST OF CREDITORS

## LIST OF CREDITORS SECURED CLAIMS

1. FLUSHING SAVINGS BANK       FREDERICK WILHELM        Bank Loan      Secured
   1 Corporate Drive Suite 360    144-51 Northern Boulevard                    2,390,000.00
   Lake Zurick, IL 60047-8945    Flushing, New York 11354
   Tel (888) 809-8921                  Tel (718) 961-5400

## LIST OF CREDITORS HOLDING UNSECURED CLAIMS

**PRIORITY CLAIMS**

2. NYC Department Of Finance                                           Taxes          Unsecured
   PO Box 32                                                                                   21,288.27
   New York, NY 10008-0032

3. NYC Department Of Finance                                           Taxes          Unsecured
   PO Box 32                                                                                   22,726.22
   New York, NY 10008-0032

4. MTAG Services, LLC                                                  Water & Sewer  Unsecured
   P.O. Box 11508                                                                              63,397.37
   New York NY 10286-1508

5. MTAG Services, LLC                                                  Water & Sewer  Unsecured
   P.O. Box 11508                                                                              46,963.05
   New York NY 10286-1508

6. Department of Environmental Protection                              Water & Sewer  Unsecured
   59-17 Junction Boulevard                                                                    28,535.55
   Flushing, NY 11373

7. Department of Environmental Protection                              Water & Sewer  Unsecured
   59-17 Junction Boulevard                                                                    19,952.72
   Flushing, NY 11373

**NON-PRIORITY**

8. Con Edison                                                          Utilities      Unsecured
   Cooper Station                                                                              33,000.00
   P.O. Box 138
   New York, NY 10276-0138

| | | | |
|---|---|---|---|
| 9. | Carmen Minerva Echevarria<br>558 West 184th Street #B2<br>New York, NY 10033 | Loan | Unsecured<br>200,000.00 |
| 10. | Dorys Fermin<br>558 West 184th Street #B2<br>New York, NY 10033 | Loan | Unsecured<br>143,000.00 |
| 11. | Virginia Selman<br>558 West 184th Street #6<br>New York, NY 10033 | Loan | Unsecured<br>120,000.00 |